1 | STEVEN A. GROODE, Bar No. 210500
  | sgroode@littler.com
2 | ANTHONY G. LY, Bar No. 228883
  | aly@littler.com
3 | LITTLER MENDELSON
  | A Professional Corporation
4 | 2049 Century Park East, 5th Floor
  | Los Angeles, CA  90067.3107
5 | Telephone:  310.553.0308
  | Fax No.:      310.553.5583
6 |
7 | Attorneys for Defendants
  | HILTI, INC. and PETER REVESZ
8 |
9 |                   UNITED STATES DISTRICT COURT
10|                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE GAMERO, | Case No.  CV 11-02468 GAF (AJWx) |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | Complaint Filed: July 21, 2009 (Los Angeles Superior Court) |
| HILTI, INC., an Oklahoma corporation; PETER REVESZ, an individual; and DOES 1 through 250, inclusive,, | |
| Defendant. | |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

## **ORDER**

Good cause appearing therefore, the terms of the Parties' Stipulation Re Protective Order filed on August 19, 2011 is adopted by the Court. The Parties shall adhere to the terms of the Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED: 8/23/11

HON. ANDREW J. WISTRICH
U. S. MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.