STEVEN A. GROODE, Bar No. 210500
sgroode@littler.com
ANTHONY G. LY, Bar No. 228883
aly@littler.com
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

JS-6

Attorneys for Defendants
HILTI, INC. and PETER REVESZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE GAMERO,<br><br>   Plaintiff,<br><br>v.<br><br>HILTI, INC., an Oklahoma corporation; PETER PEVESZ, an individual; and DOES 1 through 250, inclusive,<br><br>   Defendants. | Case No.  CV11-2468 GAF (AJWx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE GARY A. FEESS<br><br>[PROPOSED] JUDGMENT |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:110155649.1 057151.1007

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE GAMERO,<br><br>               Plaintiff,<br><br>v.<br><br>HILTI, INC., an Oklahoma corporation; PETER PEVESZ, an individual; and DOES 1 through 250, inclusive,<br><br>               Defendants. | Case No.  CV11-2468 GAF (AJWx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE GARY A. FEESS<br><br>**JUDGMENT** |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.

Firmwide:110155649.1 057151.1007

On March 30, 2012, Defendant Hilti, Inc.'s Motion for Summary Judgment or, in the Alternative, Summary Adjudication, was considered in Chambers by the Court. Having considered the evidence proffered in support of and in opposition to Defendant Hilti, Inc.'s Motion, having read and considered the supporting and opposing points and authorities, and good cause appearing therefore, the Court issued an Order granting Defendant Hilti's Motion for Summary Judgment in its entirety.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Rene Gamero take nothing against Defendant Hilti, Inc. and that the entirety of his claims against Defendant Hilti, Inc. are hereby dismissed with prejudice on the merits. Defendant Hilti, Inc. shall recover its costs against Plaintiff Rene Gamero.

**IT IS SO ORDERED.**

DATED: April 5, 2012

HON. GARY A. FEESS
UNITED STATES DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

Firmwide:110155649.1 057151.1007